**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSEPH COLABELLA,**

        **Plaintiff,**

**-vs-**                                           **Case No. 6:06-cv-361-Orl-31DAB**

**ATLANTIC BOAT REPAIR, INC.,**
**TIMOTHY MILLS, and LINDA MILLS,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Doc. No. 9)**
>
> **FILED:** April 26, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff must follow the Federal Rules of Civil Procedure and first seek an entry of default. *See* Fed. R. Civ. P. 55(a). In addition, any Motion for Default Judgment must be accompanied by a memorandum of law. *See* Local Rule 3.01(a). In this case, the memorandum must set forth the bases under Florida law for applying the substituted service that Plaintiff wishes to have applied to the defaults sought in the case.

**DONE** and **ORDERED** in Orlando, Florida on May 4, 2006.

                                                        *David A. Baker*
                                                     DAVID A. BAKER
                                          UNITED STATES MAGISTRATE JUDGE

-2-

Copies furnished to:

Counsel of Record