# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSEPH COLABELLA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-361-Orl-31DAB**

**ATLANTIC BOAT REPAIR, INC.,**
**TIMOTHY MILLS, and LINDA MILLS,**

        **Defendants.**

_____

# ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 18) filed August 15, 2006.

On December 15, 2006, the United States Magistrate Judge issued a report (Doc. No. 19) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED**.

3. The clerk is directed to enter judgment in favor of the Plaintiff Joseph Colabella against the Defendant Atlantic Boat Repair, Inc., in the amount of $178,000.00 for breach of contract.

4. The clerk is directed to enter judgment in favor of the Plaintiff Joseph Colabella against Defendants Timothy Mills and Linda Mills, jointly and severally, in the amount of $534,000.00 as damages for fraud and retention of property and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 10th day of January, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE